UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAUL WILSON<br>LA. DOC #187047 | CIVIL ACTION NO. 3:16-01305<br>SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| CALDWELL CORRECTIONAL CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as malicious in accordance with the provisions of 28 U.S.C. §§ 1915.

**MONROE, LOUISIANA,** this 13th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE